United States District Court
Southern District of Texas
**ENTERED**
March 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCISCO SANCHEZ, § § Plaintiff, § VS. § MARATHON OIL COMPANY, *et al*, § § Defendants. § § § § § | CIVIL ACTION NO. 4:20-CV-1044 |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 21, 2021 (Doc. #31); Plaintiff's Objections (Doc. #37); Defendant Bedrock Petroleum Consultants, LLC's Response to Plaintiff's Objections (Doc. #38); and Defendants Marathon Oil Company and Marathon Oil Permian, LLC's Response to Plaintiff's Objections (Doc. #39). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

MAR 3 0 2021
Date

The Honorable Alfred H. Bennett
United States District Judge